**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DAVID DUNNETT,**

    **Plaintiff,**

v.                                        Case No.  8:07-cv-681-T-30MAP

**HCA HEALTH SERVICES OF FLORIDA,
INC. d/b/a Regional Medical Center Bayonet
Point,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulated Notice of Dismissal (Dkt. #8).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party bearing its own costs and attorney's fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 19, 2007.

                                                  JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2007\07-cv-681.dismissal 8.wpd